**David E. Kenner, SBN 41425**
**Brett Greenfield, SBN 217343**
**KENNER & GREENFIELD, APLC**
**16633 Ventura Boulevard, Ste. 1212**
**Encino, CA  91436**
**818-995-1195**
**818-475-5369**

**Attorneys for Defendant Daniel Cham**

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL CHAM, M.D., <br><br> Defendant. | CASE NO: CR 14-00591 DDP <br><br> DEFENDANT CHAM'S NOTICE OF MOTION AND MOTION FOR PROMPT BAIL REVIEW AND MODIFICATION PURUSANT TO THE EIGHTH AMENDMENT AND THE BAIL REFORM ACT AT 18 USC SEC. 3141, *et seq.*; MEMORANDUM; DECLARATION OF DAVID KENNER; EXHIBIT A <br><br> DATE: July 27th <br> TIME: 3:00 p.m. <br> PLACE: Courtroom 3 |

TO THE UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA AND HER DULY ASSIGNED REPRESENTATIVE:

**PLEASE TAKE NOTICE** that on the above date and time in the above courtroom of the above-entitled court, Defendant Daniel Cham, M.D. will move this Court for an order reviewing and modifying his release conditions, changing his status from home detention to home confinement so

1

DANIEL CHAM'S REQUEST FOR BAIL REVIEW / MODIFICATION

that he can work in the medical field (without, however, prescribing medicine).

Dr. Cham proceeds here under the 8th Amendment to the United States Constitution, the Bail Reform Act of 1984 at 18 USC sec. 3141, *et seq.*, and, more specifically, 18 USC sec. 3145, which requires courts reviewing bail orders to do so "promptly."

This motion is based on all the files in this case, any and all oral argument which this Court entertains at a hearing on this matter, the attached declaration of David Kenner, and Exhibit A.

Defense counsel has engaged the United States attorneys office in conversations in an attempt to formally resolve this matter. The government objects on the basis that they feel Daniel Cham should not be allowed to work in any capacity in the medical industry.

Respectfully submitted this _29th__ day of __June__, 2015

        KENNER & GREENFIELD, APLC


        ____/s/_____
        David E. Kenner
        Brett Greenfield
        Attorney for Daniel Cham, M.D.

# MEMORANDUM OF POINTS AND AUTHORITIES

The defendant, Dr. Cham, has been charged with illegally prescribing and distributing prescription drugs. This is a memorandum of points and authorities to modify his home incarceration (detention) to home confinement so he is able to work in the medical field during the disposition of this case. HE will not, however, be writing prescriptions in whatever medical-related job he fills. Indeed, he will have no direct contact with patients as a conventional physician would.

The Bail Reform Act of 1984 simplified the process for review and appeal of a release or detention order in 18 U.S.C.A. § 3145. It makes three significant changes in the prior law.

a) First, review of all release and detention orders is available. Pursuant to 18 U.S.C.A. § 3145(a) and (b), a party may seek review of a release order, as well as a detention order.

b) Second, the prior law had permitted appeal to the circuit court only after the defendant had first sought a change in conditions from the judicial officer who imposed them, and then sought change by the court having original jurisdiction over the offense. The 1984 Act permits direct appeal to the court of appeals rather than requiring the defendant to go back to the judicial officer who imposed the conditions or ordered the detention. It is only if the conditions were imposed or the detention ordered by a United States magistrate judge or by a person other than the court having original jurisdiction over the offense that the defendant is required to seek a change in conditions or review of detention order from the federal court having original jurisdiction over the offense before appealing to the court of appeals.

c) Third, the 1984 Act allows the government, as well as the defendant, to seek review of a release decision by a magistrate judge, or by a person other than a judge of a court having original jurisdiction, from the court who has original jurisdiction over the offense.

This Court has stated in the transcript that, relevant to Dr. Cham's conditions of release, it would review a request for employment. Defendant is a medical doctor and requests to perform job duties in his field of expertise and knowledge, where the defendant is not a threat to public. Defendant is not a threat to public, when working in a job where a) he has no direct contact with patients; and b) he is not involved in prescribing medications.

For example, working as a "Physician Case Reviewer" would not involve direct contact with patients, nor would such work involve prescribing medications. A summary of the job description of a Physician Case Reviewer is as follows:

1) "Physician Case Reviewers conduct office-based pre-authorization of high-tech diagnostic imaging, cardiac testing, medical oncology, specialty pharmacy, radiation therapy, and sleep management services".

2) "Physician Case Reviewers determine the medical necessity of outpatient requests using clinical guidelines and health plan medical policy.

3) PCRs will perform physician-level case review, following initial nurse review, of high-tech diagnostic imaging, cardiac services, medical oncology, specialty pharmacy, radiation therapy, and sleep management modalities".

4)  PCRs would "conduct peer-to-peer discussions with ordering physicians, physician assistants, and nurse practitioners to provide education regarding established guidelines and accepted standards of care as they pertain to the use of diagnostic imaging studies, cardiac testing, specialty pharmacy, radiation therapy, and sleep management services.

5) PCRs would "suggest alternatives services to ordering providers when appropriate.

6) PCRs would "document the pre-certification review in a complete, concise, and accurate manner in the pre-certification computer application" with

4

respect to "current knowledge of modalities and new applications of known technologies for diagnostic imaging, cardiac services, specialty pharmacy, radiation therapy, and sleep management.

7) PCRs would "assist pre-certification nurses and other staff in understanding the principles behind appropriate utilization of covered modalities".

As exemplified above, defendant's working in the medical field would not impose a threat to the public, where there is no direct contact with the patient and there is no prescription of medication. Similar jobs in medicine, where defendant would not pose a danger to society may include, but are not limited to: medical record reviewer, medical case reviewer, physician case reviewer, medical researcher, research assistant in clinical trials (the part of research where there is no direct conduct with the patients), sales of medical devices, academic works such as translation, authorship or any assistance with authorship, etc.

As stated above, Dr. Cham would be performing jobs within the expertise and knowledge of a medical doctor, but there would be no direct work with patients and no prescription of medication.

Therefore, Defendant Daniel Cham, M.D. would respectfully request that his release conditions be modified such that he can work in the medical field but in such a manner where he will not be writing prescriptions.

Respectfully submitted this __29th___ day of __June___, 2015

KENNER & GREENFIELD, APLC

_____/s/_____
David E. Kenner
Brett Greenfield
Attorney for Daniel Cham, M.D.

DANIEL CHAM'S REQUEST FOR BAIL REVIEW / MODIFICATION

## **DECLARATION OF DAVID E. KENNER**

David E. Kenner declares:

1. Along with my partner, Brett Greenfield, I am the attorney of record for Daniel Cham, M.D., the defendant in the above-captioned cause.
2. Attached as Exhibit A are descriptions of medical jobs which Dr. Cham would like to fill while out on bail. Without waiving attorney-client privilege, the duty of loyalty and confidence, or the work-product doctrine, Dr. Cham would like to work so that he can assist in paying for his legal fees and provide for his family.
3. In all the jobs described in Exhibit A, Dr. Cham would have little to no contact with patients.
4. As well, he would not be writing prescriptions in any respect.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct this 22nd day of June, 2015, at Encino, California.

_____/s/_____
David E. Kenner




| Home | About Anthem, Inc. | Companies | News & Media | Investors | Corporate Responsibility | Careers |

- Anthem Careers
- Why Choose Anthem
  - Commitment to Diversity
- Career Areas
- Student Programs
  - Recruiting Events
  - Our Locations
  - Search Jobs

## Job Details

**Physician Case Reviewer - AIM 85612**
Medical
Westchester, IL, USA • 04/09/15 •

apply
share
keep me in mind
back to search results

**Similar Job Postings**

Behavioral Health Case
Nurse Medical Management I -
Nurse Case Manager I -
Pharmacist Program Manager -
Mgr I/II Case Mgmt (Job Family)

**Job Description**

**Physician Case Reviewer**

These positions are located primarily in Westchester, IL. Based on need and space availability, positions may also be available in Deerfield, IL or Glendale, CA.

Your Talent. Our Vision. At **AIM Specialty Health** (AIM), a proud member of the Anthem, Inc. family of companies, it's a powerful combination, and the foundation upon which we're creating greater care for our members, greater value for our customers, and greater health for our communities. Join us and together we will drive the future of health care. This is an exceptional opportunity to do innovative work that means more to you and those we serve.

Bring your expertise to our innovative culture where you will have the opportunity to make a difference in people's lives, and to take your career further than you can imagine.

We are currently seeking **Physician Case Reviewers** to conduct office-based pre-authorization of high-tech diagnostic imaging, cardiac testing, medical oncology, specialty pharmacy, radiation therapy, and sleep management services. Physician Reviewers determine the medical necessity of outpatient requests using clinical guidelines and health plan medical policy.

Successful candidates will:

- Perform physician-level case review, following initial nurse review, of high-tech diagnostic imaging, cardiac services, medical oncology, specialty pharmacy, radiation therapy, and sleep management modalities. Imaging modalities include CT, CTA, MRI, MRA, PET, and Nuclear Cardiology.
- Determine medical necessity of requests using AIM Medical

- Necessity Guidelines and client-specific health plan medical policy
- Conduct peer-to-peer discussions with ordering physicians, physician assistants, and nurse practitioners to provide education regarding established guidelines and accepted standards of care as they pertain to the use of diagnostic imaging studies, cardiac testing, specialty pharmacy, radiation therapy, and sleep management services.
- Suggest alternatives services to ordering providers when appropriate
- Document the pre-certification review in a complete, concise, and accurate manner in the pre-certification computer application
- Demonstrate and maintain current knowledge of modalities and new applications of known technologies for diagnostic imaging, cardiac services, specialty pharmacy, radiation therapy, and sleep management
- As necessary, assist pre-certification nurses and other staff in understanding the principles behind appropriate utilization of covered modalities.
- Participate in periodic physician reviewer meetings
- Demonstrate and maintain knowledge of relevant policies and regulations pertaining to utilization review of diagnostic imaging procedures, cardiac services, specialty pharmacy, radiation therapy, and sleep management.
- Acquire, demonstrate, and maintain proficiency with ICD-9 and CPT coding.
- Participate on committees or in work groups as needed for revision of clinical guidelines and/or serve as a subject matter expert
- Perform first level provider appeals as designated by the client for adverse determinations
- Obtain additional state licensure based upon business needs
- Adhere to all American Imaging Management protocols, policies, and procedures

**About AIM Specialty Health**

AIM Specialty Health (AIM) is a leading specialty benefit management company with more than 20 years of experience and a growing presence in the management of radiology, cardiology, oncology, sleep medicine, and specialty pharmacy benefits. Our mission is to make healthcare services more clinically appropriate, safer and more affordable. As such, we promote the most appropriate use of specialty care services through the application of widely accepted clinical guidelines delivered via an innovative platform of technologies and services. With over 32 million members covered across 50 states, AIM ensures delivery of the right test at the right time in the right place.

We maintain offices in Chicago, Deerfield, Schaumburg and Westchester, IL as well as Glendale, CA. These positions are located primarily in Westchester. Based on need and space availability, positions may also be available in Deerfield or Glendale.

AIM's services include:

- Prospective clinical review of outpatient advanced imaging procedures such as CT, MRI, Nuclear Cardiology and PET Scans
- Clinical review for cardiology and specialty pharmacology products and services.
- Oncology Management programs leveraging AIM's proven specialty benefit platform to drive consistent and effective cancer care through services review along with management of close to 70 oncologic drugs.
- Specialty Drugs programs to provide review for over 142 specialty drugs offering providers an automated drug review process through our provider friendly web portal.
- Sleep Management, designed to align the diagnosis and treatment of sleep apnea against clinical guidelines, enhance member access to high value providers and ensure treatment compliance for the dispensing of supplies.

Our programs combine clinical excellence, its innovative technology and a commitment to customer service, ensuring the company's on-going leadership in the rapidly evolving healthcare environment.

**A Leading Employer of Choice**

Along with a dynamic, entrepreneurial work environment, AIM offers competitive compensation, a generous benefits package and the opportunities for career progression you'd expect from an industry leader.

These benefits include:

- An array of Health, Dental and Vision Care Insurance plans
- Term Life Insurance
- Short- and Long-term Disability Insurance
- 401(k) Employee Savings Plan with company match
- Paid Time Off
- Tuition Reimbursement
- Tax-advantaged health care and dependent flexible spending plans
- Health club reimbursement allowance
- Licensure reimbursement for medical professionals

Our total rewards package is designed to attract, motivate and retain qualified individuals. Whether you are interested in medical utilization management, nursing, information technology, accounting and finance, marketing or human resources, there may be an opportunity for you at AIM. As an Equal Opportunity/Affirmative Action employer, we are committed to promoting diversity in the workplace.

**Qualifications**
Qualified Candidates will have:

- Current unrestricted medical license(s) as a Doctor of Medicine or Doctor of Osteopathic Medicine

- Board Certification by American Board of Medical Specialties
- Demonstrated knowledge of current practice standards in specialty
- Strong oral communication and interpersonal skills
- Computer literacy with the ability to learn new applications
- Strong analytical skills
- Ability to multi-task
- Ability to work both independently and in a team environment
- Ability to work in a dynamic, fast-paced environment

Anthem, Inc. is ranked as one of America's Most Admired Companies among health insurers by Fortune magazine and is a 2014 DiversityInc magazine Top 50 Company for Diversity. To learn more about our company and apply, please visit us at antheminc.com/careers. EOE. M/F/Disability/Veteran.
..

 

| Legal | Privacy | Associates | Suppliers | Site Map | Contact Us |

© 2005-2015 Anthem, Inc. All Rights Reserved.

# Physician - PM&R Review - PRN

## Tracking Code
232408-005

## Job Description
Medical Review Stream by Concentra is currently looking for a board certified Physical Medicine and Rehabilitation physician licensed in California for peer review.

JOB SUMMARY:
Relying on clinical background, reviews health claims providing medical interpretation and decisions about the appropriateness of services provided by other healthcare professionals in compliance with Concentra Physician Review policies, procedures, and performance standards and URAAC guidelines and state regulations.

MAJOR DUTIES AND RESPONSIBILITIES:
-Assists the Concentra Physician Review Medical Director with recruiting, credentialing, training and educating physician and non-physician reviewers, CPR staff and customers and with quality assurance.
-Reviews medical files and provides recommendations for utilization review, chart reviews, medical necessity, appropriateness of care and return to work, short and long-term disability, Federal Management Leave Act, Group health and workers compensation claims.
-Meets regularly with Concentra Physician Review Medical Director to discuss quality of care and credentialing and state licensure issues.
-Maintain proper credentialing and state licenses and any special certifications or requirements necessary to perform the job.
-Returns cases in a timely manner with clear concise and complete rationales and documented criteria.
-Telephonically contacts providers and interacts with other health professionals in a professional manner. Discusses the appropriate disclaimers and appeal process with the providers.
-Attends orientation and training
-Performs other duties as assigned including identifying and responding to quality assurance issues, complaints regulatory issues, depositions, court appearances or audits.
-Identifies, critiques and utilizes current criteria and resources such as national, state, and professional association guidelines and peer reviewed literature that support sound and objective decision making and rationales in reviews.
-Provides copies of any criteria utilized in a review to a provider in a timely manner
-Performs and participates in Quality Assurance activities such as monthly review of physician charts for quality checks, tracking and trending of results and on-going quality improvement and training of reviewers.
-Prepares and delivers educational seminars and teleconferences to CPR physician and non-physician advisors, including orientation programs and newsletters.
-Educates, teaches and trains nurses, adjusters, and CPR staff including developing teaching conferences for CPR customers and carriers and TCM/UR staff and participation in Grand Rounds
-Recruits and credentials new reviewers.
-Attends regular CPR staff physician meetings with CPR Medical Director.Develops and assists with the maintenance of policies and procedures to assure best practices.
-Develops teaching and training manuals to educate reviewers.
-Identifies, reviews and critiques current criteria, national and professional association guidelines and peer-reviewed literature.
-Assists Account representatives and sales teams in obtaining new business and maintenance of current customers.

Concentra is an Equal Opportunity Employer M/F/Disability/Veteran

Concentra's Data Protection Commitment
*   Concentra is committed to protect patient data and to ensure privacy of personal and medical information.
*   Every Concentra colleague has the responsibility to adhere to data protection principles.
*   If a colleague's role includes handling or processing sensitive data, role-specific policies and requirements apply to ensure the protection of patient information.

### Required Experience
EDUCATION/CREDENTIALS:
-Board certified MD, DO, DC or allied health professional with an excellent understanding of network services and managed care, appropriate utilization of services and credentialing, quality assurance and the development of policies that support these services.
-Current, unrestricted clinical license(s) (or if the license is restricted, the organization has a process to ensure job functions do not violate the restrictions imposed by the State Board);
-Board certification by American Board of Medical specialties or American Board of Osteopathic Specialties is required for MD or DO reviewer.
-Must be in active medical practice to perform appeals


JOB-RELATED EXPERIENCE:
Post-graduate experience in direct patient care


JOB-RELATED SKILLS/COMPETENCIES:
-Demonstrated computer skills, telephonic skills
-Demonstrated ability to perform review services.
-Ability to work with various professionals including members of regulatory agencies, carriers, employers, nurses and health care professionals.
-Medical direction shall also be provided consistent with the requirement that the physician advisor shall not have a financial conflict of interest
-Must present evidence of current error and omissions liability coverage for job duties and activities performed
-Managed care orientation
-Knowledge of current practice standards in specialty
-Good negotiation and communication skills


WORKING CONDITIONS/PHYSICAL DEMANDS:
-Phone accessability
-Access to a computer to complete reviews
-Ability to complete cases accompanied by a typed report in specified time frames
-Telephonic conferences

This job requires access to confidential and sensitive information, requiring ongoing discretion and secure information management.


### Job Location
Los Angeles, California, United States


### Position Type
PRN

### Group
Physician NP/PA (UC/OccMed)


| Apply | Share |